**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| PATRICIA ANN WEILAND<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN RED CROSS,<br><br>   Defendant. | Case No. 3:19-cv-00032-SMR-SBJ<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby **DISMISSES** the action and all claims therein against **ALL DEFENDANTS WITH PREJUDICE**, and with the parties to bear their own costs and attorneys' fees incurred in connection with the claims.

   /s/ Kenneth J. Weiland Jr.
Kenneth J. Weiland, Jr., AT0008291
WEILAND LAW FIRM, P.C.
1414 12th Street
Suite A
Des Moines, IA  50314
PH: (515) 419-1626
Email: weilandlaw@yahoo.com

ATTORNEY FOR PLAINTIFF

1

2

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on May 21, 2019 by

☐ U.S. Mail ☐ FAX

☐ Hand Delivered ☐ Electronic Mail

☐ FedEx/ Overnight Carrier  x  ECF

Elisabeth A. Archer   AT0012638
2600 Grand Avenue, Suite 450
Des Moines, IA  50312
Telephone:  (515) 244-3100
E-mail:  earcher@weinhardtlaw.com

Signature: /s/ Kenneth J. Weiland, Jr.